# UNITED STATES DISTRICT COURT

## MIDDLE District of ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v. | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)   (WO) |

HENRY L. TAYLOR

Case No.    2:08cr161-01-MHT

USM No.    12537-002

_____William A. McGeachy_____
Defendant's Attorney

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   of the petition filed 8/3/2012   and amended on 8/13/13/12 of the term of supervision.

☐   was found in violation of condition(s)   _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to serve a six month term of home confinement with location monitoring (home detention) and follow the monitoring procedure as specified by the probation officer. | 8/1/2012 |

The defendant is sentenced as provided in pages 1 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 2855

Defendant's Year of Birth:    1956

City and State of Defendant's Residence:
                Montgomery, AL

_____September 13, 2012_____
Date of Imposition of Judgment

_____
Signature of Judge

_____MYRON H. THOMPSON, U.S. DISTRICT JUDGE_____
Name and Title of Judge

Sept. 17, 2012
_____
Date

DEFENDANT:        HENRY L. TAYLOR
CASE NUMBER:      2:08cr161-01-MHT

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

11 Months. The term of supervised release imposed on April 25, 2012 is hereby Revoked.

X   The court makes the following recommendations to the Bureau of Prisons:

The recommends that the defendant be designated to a institution that can evaluate and treat his mental health issues.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m.   ☐ p.m.   on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL


By _____
      DEPUTY UNITED STATES MARSHAL